# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE AULDRIDGE, BILL BATES, GARY CHAMBERLAIN, DAVID COUFAL, GLEN DONHAM, WILLIAM DRUFFEL, GEORGE HANSEN, CHARLES KIMBALL, PEGGY MARTIN, LAWRENCE REGO, KARL SHAFFER, and ROBERT SWEENEY,<br><br>          Plaintiffs,<br><br>     v.<br><br>MODESTO IRRIGATION DISTRICT,<br><br>          Defendant. | CV-F-04-6473 AWI DLB<br><br>ORDER VACATING HEARING DATE OF PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION AND TAKING MATTER UNDER SUBMISSION |

Plaintiffs have noticed for hearing and decision a Motion for Summary Adjudication. The matter was scheduled for hearing on July 30, 2007. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 30, 2007, is VACATED, and the parties shall not appear at that time. As of July 30, 2007, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   July 25, 2007**                              /s/ Anthony W. Ishii
                                                                UNITED STATES DISTRICT JUDGE