# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE AULDRIDGE, BILL BATES, GARY CHAMBERLAIN, DAVID COUFAL, GLEN DONHAM, WILLIAM DURFFEL, GEORGE HANSEN, CHARLES KIMBALL, PEGGY MARTIN, LAWRENCE REGO, KARL SHAFFER, ROBERT SWEENEY,<br><br>**Plaintiffs**,<br><br>v.<br><br>MODESTO IRRIGATION DISTRICT,<br><br>**Defendant**. | CV-F-04-6473 AWI DLB<br><br>ORDER TO FILE SUPPLEMENTAL OPPOSITION BRIEF |

Plaintiffs' motion for summary adjudication is pending in this action and is currently under submission. After further review, the Court believes that additional briefing is necessary, specifically regarding whether "compensation" and in turn "taxable compensation" are defined according to receipt of payment rather than entitlement to payment under Defendant's Basic Retirement Plan. Plaintiffs' reply brief makes this argument clearly and concisely on p. 3, lines 6-13. This same argument appears to have been made in Plaintiffs' opening brief, however it was unclearly stated. Accordingly, Defendant is ordered to file a supplemental opposition brief addressing only this issue by August 15, 2007 at 4 p.m.

1  Therefore, IT IS HEREBY ORDERED that Defendant file a supplemental opposition
2  responding to the argument in Plaintiffs' reply brief, p. 3, lines 6-13.  Defendant's opposition
3  brief must be filed by 4 p.m. on August 15, 2007.

IT IS SO ORDERED.

**Dated:    August 8, 2007**              _____/s/ Anthony W. Ishii_____
                                          UNITED STATES DISTRICT JUDGE

2